UNITED STATES DISTRICT COURT
FOR  THE
DISTRICT OF VERMONT

```
Bryan William Husband,              :
      Plaintiff,                    :
                                    :
            v.                      : File No. 2:10 CV 228
                                    :
Michael J. Astrue,                  :
Commissioner of Social Security,    :
      Defendant.                    :
```

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed August 5, 2011.  Plaintiff's objection was filed August 22, 2011.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

The defendant's motion for order affirming the commissioner's decision(Doc. 19) is **GRANTED**  and plaintiff's

1

motion to reverse decision (Doc. 15) is **DENIED.**

       This case is dismissed.

       Dated at Burlington, in the District of Vermont, this 12th day of September, 2011.


                                        /s/ William K. Sessions III
                                         William K. Sessions III
                                         U.S. District Court